## MINERAL POINT *v.* LEE.

**ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF WISCONSIN.**

No. 164.  Submitted April 18, 1867. — Decided April 22, 1867.

Affirmed on the authority of several cases of a similar character.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

The action in the court below was brought to recover the amount of certain coupons issued by the town of Mineral Point of which Lee, the plaintiff below, was the holder.   We think it unnecessary to repeat the views heretofore expressed in several cases of similar character.                  *The judgment is affirmed with costs.*

No appearance for plaintiff in error.

*Mr. M. H. Carpenter* for defendant in error.

---

## UNITED STATES *v.* MAYRAND.

**CERTIFICATE OF DIVISION IN OPINION FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MINNESOTA.**

No. 187.  Submitted May 15, 1867. — Decided May 16, 1867.

*United States* v. *Holliday,* 3 Wall. 407, followed.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

This cause comes here, upon a certificate of division of opinion, from the Circuit Court of the United States for the District of Minnesota.

Mayrand was indicted for selling liquor to an Indian of the Chippewa Tribe, which tribe was then under the charge of an Indian agent, duly appointed by the government of the United States.   He demurred to the indictment; and the question certified is, whether the act of Congress, under which the indictment was framed, has any force or validity in this case.

In the case of *The United States* v. *Holliday,* 3 Wall. 407, this very question was fully discussed and finally decided.

*An affirmative answer must be certified to the Circuit Court.*

*Mr. Attorney General* and *Mr. J. Hubley Ashton* for plaintiff.

No appearance for defendant.